# LIPSKY LOWE LLP
## AN EMPLOYMENT LAW FIRM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/21

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

July 6, 2021

VIA ECF
The Honorable John G. Koeltl, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Nisbett v. Simple Skiff Beverages, LLC, 1:21-cv-3984 (JGK)

Dear Judge Koeltl:

This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act. We respectfully request an adjournment of the July 6, 2021, 4:00 p.m., Initial Pretrial Conference.

As background, the Complaint was filed on May 4, 2021 (Doc. No. 1) and Plaintiff promptly attempted to serve the Defendant with the Summons and Complaint. To date, service has been unsuccessful. This is likely why no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance. Because of this likelihood and to conserve judicial resources, Plaintiff makes this request to adjourn the conference.

This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences. We respectfully apologize for not making this request sooner, as we recognize the Court's time is valuable and limited.

We appreciate the Court's consideration of this request.

*Conference adjourned to August 10, 2021 at 4:30 P.M.*

*So ordered.*
*/s/ John G. Koeltl*
*7/6/21  U.S.D.J.*

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky