

LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/21

August 10, 2021

VIA ECF
The Honorable John G. Koeltl, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Nisbett v. Simple Skiff Beverages, LLC, 1:21-cv-3984 (JGK)

Dear Judge Koeltl:

This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act. We respectfully request an adjournment of today's 4:30 p.m., Initial Pretrial Conference.

As background, the Complaint was filed on May 4, 2021 and Plaintiff promptly attempted to serve the Defendant with the Summons and Complaint. After some unsuccessful attempts, Plaintiff served Defendant on July 8 via its registered agent, makings its responsive pleading due by July 29, 2021. (Doc. No. 7). However, no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance.

To conserve the Court's valuable resources, we respectfully request the conference be adjourned for 30 days, during which time Defense counsel will hopefully file a Notice of Appearance. This is the second request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

We respectfully apologize for not making this request sooner. I was out of the office last week with limited computer access.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky

*Conference adjourned to 9/23/21 at 4:30 P.M. So ordered.*
*John G. Koeltl, U.S.D.J.*
*8/10/21*